Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APTATIONS, INC., a California corporation,<br><br>Defendant. | Civil Action No. 2:17cv00380-RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

Before this Court is Defendant's Unopposed Motion for Extension of Time for Defendant to Answer Complaint. Plaintiff consents to an additional 44 days for Defendant to answer or otherwise respond to the Complaint from April 12, 2017 to May 26, 2017.

The Court hereby grants Defendant's request to answer or other otherwise respond to Plaintiff's Complaint on or before May 26, 2017.

DATED this 7th day of April, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1
Civil Action No. 2:17cv00380-RSM
Electric 17-380.ord-ext.docx